UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY JOHN BROUSSARD, JR., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. 1:19-cv-00164-AWI-JDP (HC) <br><br> ORDER REQUIRING AMENDED PETITION <br><br> ECF No. 1 <br><br> AMENDED PETITION DUE IN 14 DAYS |

      Petitioner Curley John Broussard, Jr., a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. The matter is before the court for preliminary review under Rule 4 of the Rules Governing Section 2254 Cases. The court will require petitioner to file an amended petition addressing the deficiencies identified below.

      Under Rule 4, the judge assigned to the habeas proceeding must examine the habeas petition and order a response to the petition unless it "plainly appears" that the petitioner is not entitled to relief. *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019); *Boyd v. Thompson*, 147 F.3d 1124, 1127 (9th Cir. 1998). The rule allows courts to dismiss petitions that are patently frivolous, vague, conclusory, palpably incredible, or false. *Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990). Unlike a complaint in other civil cases, a Section 2254 petition must adhere to a prescribed form as provided in the Rules Governing Section 2254 Cases. *See* Rules Governing Section 2254 Cases, Rule 2(d). The appended form prompts a habeas

1

petitioner to provide answers pertaining to various procedural matters, such as procedural default and exhaustion, and the court may dismiss claims at screening for procedural defects. *See Boyd*, 147 F.3d at 1128. Rule 2(c)(4) of Section 2254 Cases requires a habeas petition to be legible.

Here, various portions of the petition are illegible. *See generally* ECF No. 1. Petitioner must file an amended, legible petition by the deadline set forth below. If possible, petitioner should obtain assistance in preparing a legible petition.

**Order**

1. Petitioner must file an amended, legible petition within fourteen days from the service of this order.
2. Failure to comply with this order may result in the dismissal of the petition.

IT IS SO ORDERED.

Dated: April 29, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 202